[    ] **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

**In re:**

(1) **Melody Brigita Carr**
xxx-xx-3131                                    Case No. 19-24156-L

(2)
                                               Chapter 13

**Debtor(s)**

## CHAPTER 13 PLAN

**ADDRESS:**  (1)  915 Bullington Avenue            (2)
               Memphis TN 38106

**PLAN PAYMENT:**

**DEBTOR (1)** shall pay   $319.00   ( ) weekly, (X) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

( ) **PAYROLL DEDUCTION** from: _____   **OR  (X) DIRECT PAY.**

**DEBTOR (2)** shall pay   $_____    ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

( ) **PAYROLL DEDUCTION** from: _____   **OR  ( ) DIRECT PAY.**

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) **CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**    ( ) YES   (X) NO

(B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**   (X) YES   ( ) NO

(C) **AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12]**   ( ) YES   (X) NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ( ) Included in Plan; **OR (X)** Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to:   Monthly Plan Payment

_____; ongoing payment begins _____   $_____
            Approximate arrearage: _____           $_____
_____; ongoing payment begins _____   $_____
            Approximate arrearage: _____           $_____

**5. PRIORITY CLAIMS:**                               Value of Claim    Monthly Plan Payment
_____            _____       $_____
_____            _____       $_____

**6. HOME MORTGAGE CLAIMS:**   ( ) Paid directly by Debtor(s); **OR** ( ) Paid by Trustee to:   Monthly Plan Payment

_____; ongoing payment begins _____                     $_____
            Approximate arrearage: _____  Interest _____%           $_____
_____; ongoing payment begins _____                     $_____
            Approximate arrearage: _____  Interest _____%           $_____

**7. SECURED CLAIMS:**                     Value of Collateral    Rate of Interest    Monthly Plan Payment
[Retain lien 11 U.S.C. §1325 (a)(5)]
_____         _____             _____%             $_____
_____         _____             _____%             $_____
_____         _____             _____%             $_____

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
[Retain lien 11 U.S.C. § 1325 (a)]

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| Santander Consumer USA | $26,867.00 | 7.0 % | $529.00 |
| | | % | $ |
| | | % | $ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

| | Collateral: |
|---|---|
| | Collateral: |

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| City of Memphis Court Clerk | $359.00 | % | $6.00 |
| Progressive Finance | $1,500.00 | % | $25.00 |
| | | % | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

    ( ) Not provided for    **OR**  ( ) General unsecured creditor
    ( ) Not provided for    **OR**  ( ) General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. §522(f):**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILE CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:**  $     4,084.74     .

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

  ( ) _____%, **OR**,

  (X) **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

| | | |
|---|---|---|
| Mattie Sutton | ( ) Assumes **OR** (X) Rejects. |
| Progressive Finance | (X) Assumes **OR** ( ) Rejects. |

**17. COMPLETION:**   Plan shall be completed upon payment of the above, approximately   sixty (60)   months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

    /s/ S. Jonathan Garrett                      DATE: **May 30, 2019**
    **Debtor(s)' Attorney Signature**

    S. Jonathan Garrett (BPR#019389) Attorney for Debtor
    2670 Union Avenue Extended, Suite 1200,  Memphis, Tennessee 38112-4424
    Telephone: 901-323-3200       Facsimile: 901-323-3275       Email: help@sjgarrett.com